# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CAROL ANN CARTER, MONICA PARRILLA, REBECCA POYOUROW, WILLIAM TUNG, ROSEANNE MILAZZO, BURT SIEGEL, SUSAN CASSANELLI, LEE CASSANELLI, LYNN WACHMAN, MICHAEL GUTTMAN, MAYA FONKEU, BRADY HILL, MARY ELLEN BALCHUNIS, TOM DEWALL, STEPHANIE MCNULTY AND JANET TEMIN | : : : : : : : : : : : : : | No. 5 MAP 2022<br><br>Appeal from the Order of the Commonwealth Court at No. 464 MD 2021 dated January 14, 2021 |
| v. | : : : | |
| LEIGH M. CHAPMAN, IN HER OFFICIAL CAPACITY AS THE ACTING SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA; JESSICA MATHIS, IN HER OFFICIAL CAPACITY AS DIRECTOR FOR THE PENNSYLVANIA BUREAU OF ELECTION SERVICES AND NOTARIES | : : : : : : : : : : | |
| APPEAL OF: KHALIF ALI, MARYN FORMLEY, RICHARD RAFFERTY, PATRICK BEATY, SUSAN GOBRESKI, BARBARA HILL, JUDY HINES, JODI GREENE, JOHN THOMPSON, CYNTHIA ALVARADO, AND TIMOTHY L. KAUFFMAN, POSSIBLE INTERVENORS | : : : : : : : : : : : | |
| PHILIP T. GRESSMAN; RON Y. DONAGI; KRISTOPHER R. TAPP; PAMELA GORKIN; DAVID P. MARSH; JAMES L. ROSENBERGER; AMY MYERS; EUGENE BOMAN; GARY GORDON; LIZ MCMAHON; TIMOTHY G. FEEMAN; AND GARTH ISAAK | : : : : : : : : : | No. 6 MAP 2022<br><br>Appeal from the Order of the Commonwealth Court at No. 465 MD 2021 dated January 14, 2021 |
| v. | : : | |

:
:
:
LEIGH M. CHAPMAN, IN HER OFFICIAL : 
CAPACITY AS THE ACTING SECRETARY :
OF THE COMMONWEALTH OF :
PENNSYLVANIA; JESSICA MATHIS, IN :
HER OFFICIAL CAPACITY AS DIRECTOR :
FOR THE PENNSYLVANIA BUREAU OF :
ELECTION SERVICES AND NOTARIES :
:
:
APPEAL OF:  KHALIF ALI, MARYN :
FORMLEY, RICHARD RAFFERTY, :
PATRICK BEATY, SUSAN GOBRESKI, :
BARBARA HILL, JUDY HINES, JODI :
GREENE, JOHN THOMPSON, CYNTHIA :
ALVARADO, AND TIMOTHY L. :
KAUFFMAN, POSSIBLE INTERVENORS :
:
:

# ORDER

**PER CURIAM**                                          **DECIDED:  January 26, 2022**

**AND NOW**, this 26th day of January, 2022, the order of the Commonwealth Court

is **AFFIRMED**.

2